**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-25-0000519**
**23-DEC-2025**
**08:08 AM**
**Dkt. 23 ODSD**

NO. CAAP-25-0000519

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

CHRISTIAN P. CLEMENS, Claimant-Appellee/Appellee,
v.
PALI'S POOLS LLC, Employer-Appellant/Appellant, Delinquent,
and SPECIAL COMPENSATION FUND,
Appellee-Appellee.

APPEAL FROM THE LABOR AND INDUSTRIAL RELATIONS APPEALS BOARD
(CASE NO. AB 2025-041; DCD NO. 2-2024-321025))

ORDER DISMISSING APPEAL
(By: Hiraoka, Presiding Judge, McCullen and Guidry, JJ.)

Upon review of the record, it appears that:

(1) Pali's Pools LLC (Pali's Pools) filed the notice of appeal in this case on July 16, 2025. The record on appeal was filed on August 1, 2025. The statement of jurisdiction and the opening brief were due, without extension, on August 11, 2025 and September 10, 2025, respectively. Hawaiʻi Rules of Appellate Procedure (HRAP) Rules 12.1(a), 28(b).

(2) On September 16, 2025, the appellate clerk entered a *Default of Statement of Jurisdiction and Opening Brief*, stating that the time for filing the JS and OB had expired, the matter would be called to the court's attention on September 26, 2025 for action that could include dismissal, pursuant to HRAP Rules 12.1(e) and 30, and that Pali's Pools could seek relief from default by motion.

(3)   Pali's Pools has failed to file the statement of jurisdiction and the opening brief, and has not taken any further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED:  Honolulu, Hawaiʻi, December 23, 2025.

/s/ Keith K. Hiraoka
Presiding Judge

/s/ Sonja M.P. McCullen
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge